THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT GREEN, Appellant.

*People* v. *Green*, 172 App. Div. 967, affirmed.
(Submitted October 10, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered March 4, 1916, which affirmed a judgment of the Kings County Court, rendered upon a verdict convicting the defendant of the crime of compulsory prostitution of women.

*Luke O'Reilly* for appellant.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.